AO 442(Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE



2008 MAY 14 AM 8:55

UNITED STATES OF AMERICA

v.

JERRY LEE HOLMAN

## WARRANT FOR ARREST

CASE NUMBER: 08- 92-M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Steven Taylor** when and as stated in the

Criminal Complaint  and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense)
knowingly dealing in counterfeit obligations and securities of the U.S., to wit, counterfeit U.S. Federal Reserve Notes, with the intent that the same be passed, published, and used as true and genuine

in violation of Title __18__ United States Code, Section (s) 473 and 2.

| | |
|---|---|
| Honorable Mary Pat Thynge | United States Magistrate Judge |
| Name of Issuing Officer | District of Delaware |
| | Title of Issuing Officer |
| [signature] | |
| Signature of Issuing Officer | May 9, 2008    Wilmington, DE |
| | Date and Location |
| Bail fixed at $ _____ | by Hon. Mary Pat Thynge |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
844 King St  Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-9-08 | USSS | |
| DATE OF ARREST | William David Dorn | William [signature] |
| 5-9-08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest