REDACTED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08- 83-1 |
| | ) | 08-83-2 |
| STEVEN A. TAYLOR and | ) | |
| JERRY LEE HOLMAN, | ) | |
| Defendants. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about May 9, 2008, in the District of Delaware, STEVEN A. TAYLOR and JERRY LEE HOLMAN, defendants herein, did buy, sell, exchange, transfer, receive and deliver false, forged, and counterfeited obligations of the United States, to wit five (5) one hundred-dollar ($100.00) Federal Reserve Notes, Series 1996, Serial Number AB75569772K, and eighteen (18) fifty-dollar ($50.00) Federal Reserve Notes, Series 2001, Serial Number CF16998361A, with the intent that the same be passed, published, or used as true and genuine, in violation of Title 18, United States Code, Sections 473 and 2.

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: May 27, 2008