≈AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __**DELAWARE**__

| UNITED STATES OF AMERICA | **REDACTED** SUMMONS IN A CRIMINAL CASE |
| V. | |
| JERRY HOLMAN | Case Number: 08-83-UNA |

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **J. Caleb Boggs Federal Building** | **Courtroom #2A, 2ND Floor** |
| **844 North King Street** | |
| **Wilmington, Delaware 19801** | Date and Time |
| Before:  **Honorable Leonard P. Stark, United States Magistrate Judge** | 6/26/2008 AT 1:00 PM |

**\*\* Please report to the U.S. Marshal's in Rm #100 by 12:00 PM**

To answer a(n)

X  Indictment     ☐ Information     ☐ Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __473 and 472__

Brief description of offense:

( COUNT I - 5/9/2008 ) - BUY, SELL, EXCHANGE, TRANSFER, RECEIVE, AND DELIVER FALSE, FORGED, AND COUNTERFEITED OBLIGATIONS OF THE UNITED STATES-

_[signature]_ - Deputy Clerk        5/28/2008 at Wilmington, DE
Signature of Issuing Officer                              Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

[FILED stamp: 2008 JUN 19 AM 9:35 CLERK U.S. DISTRICT COURT]

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☒ Returned unexecuted: _Unclaimed_

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  6-18-08            Ju Thomas
         Date                Name of United States Marshal

                             _____
                             (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 1160 0006 7939 9811**
Status: **Unclaimed**

Your item was returned to the sender on June 17, 2008 because it was not claimed by the addressee.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm** 
Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA