IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-083-2-SLR ) |
| JERRY LEE HOLMAN, | ) ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 1st day of July, 2008;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Monday, July 28, 2008** at **1:30 p.m.**, with the court initiating said call.

2. The time between this order and July 28, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

                                                                 United States District Judge