PS 42
(Rev 07/93)

RECEIVED

MAY 16 2008

FEDERAL PUBLIC DEFENDER
DISTRICT OF DELAWARE

## United States District Court

### DISTRICT OF DELAWARE

| United States of America | ) | |
| --- | --- | --- |
| vs | ) | CR08-83-SLR |
| Jerry L. Holman | ) | Case No. 08-92-M |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Jerry L. Holman, have discussed with Angelica Lopez, Pretrial Services/Probation Officer, modification of my release as follows:

The defendant shall participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

I consent to this modification of my release conditions and agree to abide by this modification.

_Jerry Holman_  5/15/08    _[signature]_  5·15·08
Signature of Defendant   Date   Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_   5/21/08
Signature of Defense Counsel   Date

[✓]   The above modification of conditions of release is ordered, to be effective on 5/21/08.

[ ]   The above modification of conditions of release is not ordered.

_[signature]_   7/21/08
Signature of Judicial Officer   Date

FILED

JUL 21 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE